JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN BROEMER, | ) CASE NO. CV 01-04340 MMM (RZx) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| GEORGE TENET, JON DEUTCH, UNNAMED AGENTS OF THE CIA, and DOES 1-10, | ) |
| Defendants. | ) |

Plaintiff Glen Broemer filed this action against the United States and the CIA on May 14, 2001. In August 2001, he filed a first amended complaint, which added George Tenet as a defendant. In November 2001, the court granted defendants' motion to dismiss the first, second and third claims for relief in the first amended complaint as against the CIA with prejudice; granted all defendants' motions to dismiss the third claim to the extent it was based on events occurring prior to October 3, 1996, and to dismiss and the fourth and sixth claims in their entirety; and granted all defendants' motions to dismiss two claims numbered seven and the eighth, ninth, eleventh and

twelfth claims without leave to amend.[1] In September 2002, the court dismissed the fifth and sixth claims in plaintiff's second amended complaint with prejudice. On September 17, 2002, Broemer filed a separate action under Case No. CV 02-7241 against the United States, the CIA, George Tenet, and unnamed agents of the CIA. This action was consolidated with Case No. CV 01-4340 in October 2002. In September 2003, the court granted portions of the defendants' motions to dismiss the complaints in both actions as follows: all FTCA claims pleaded in Case No. CV 02-7241 against the CIA and Tenet and plaintiff's Sixth Amendment claim in Case No. CV 01-4340 were dismissed with prejudice.

In March 2007, the court granted Tenet's and Deutch's motion to dismiss all *Bivens* claims with prejudice. It also granted the United States' motion to dismiss all FTCA claims other than the claim for nuisance, breach of fiduciary duty, and intentional infliction of emotional distress with prejudice.

On January 22, 2008, defendants filed a motion for summary judgment. Plaintiff filed a cross-motion for summary judgment on February 4, 2008. On April 14, 2008, the court granted defendants' motion for summary judgment as to all of plaintiff's remaining claims and denied plaintiff's cross-motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Glen Broemer takes nothing by way of his complaint against defendants; and

2. That the action be, and it hereby is, dismissed.

DATED: May 30, 2008

                                        *Margaret M. Morrow*
                                        MARGARET M. MORROW
                                        UNITED STATES DISTRICT JUDGE

---

[1] This dismissal was without prejudice to plaintiff's right to file a new action once he had satisfied the claims filing requirements of the Federal Tort Claims Act ("FTCA"). These claims were subsequently reasserted in Case No. CV 02-7241.

2